THOMAS C. KELLOGG, as Administrator with the Will Annexed of the Estate of DANIEL KELLOGG, Deceased, Appellant, *v.* JOHN L. KELLOGG, as Administrator de Bonis Non of PAULINA W. KELLOGG, Deceased, Respondent.

Reported below, 169 App. Div. 395.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment, entered February 24, 1916, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon the report of a referee and directing a dismissal of the complaint.

The motion was made upon the grounds that all questions of fact have been finally determined by the Appellate Division and that no questions were involved which the Court of Appeals had jurisdiction to review.

*John D. Teller* for motion.

*Charles W. Andrews* opposed.

Motion denied, with ten dollars costs.